# EXHIBIT B

# SUPPLY AGREEMENT

AGREEMENT NO.: RE201901006
DATE: 02 Jan,2019    SIGNED AT: CHINA
THE SELLERS: HEFEI REACHEVER IMPORT AND EXPORT LIMITED COMPANY
SUPPLIER FDA REGISTRATION NO.: 11529498370
SELLER'S DUNS NO.: 543000410

THE BUYER: API INTERNATIONAL GROUP,LLC

This contract is made by and agreed between the BUYER and SELLER, in accordance with the terms and conditions stipulated below.

| COMMODITY,SPECIFICATION | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| | | CIF | SEA NEW YORK |
| D-GLUCOSAMINE SULFATE 2KCL USP39<br>EX: ZHEJIANG GOLDEN-SHELL PHARMACEUTICAL CO., LTD<br>FDA REGISTRATION NO.: 10892543018<br>HS CODE :2932.99 | 13000 KG | USD9.2/KG | USD 119600.00 |
| GINKGO BILOBA EXTRACT 24%/6% USP35 HIGH GRADE(NORMAL PARTICLE SIZE)<br>EX:BEIJING REFINE BIOLOGY CO.,LTD<br>FDA REGISTRATION NO:14585147874<br>HS CODE:1302.19<br>(1 X 20GP) | 300 KG | USD105.3/KG | USD 31590.00 |
| TOTAL: | 13300 KG | | USD 151190.00 |

Packing: IN 25KG PACKAGE WITH PALLET
Shipping Marks: ACCORING TO BUYER'S INSTRUCTION
Insurance: TO BE PAID FOR AND MAINTAINED BY THE SELLER
Terms of Payment: T/T 90 DAYS FROM THE BL DATE

Port of Shipment: CHINA MAIN PORT
Port of Destination: NEW YORK
Time of Shipment: BETWEEN DECEMBER 10,2019 AND DECEMBER 20,2019

- Price Adjustments: The Seller shall bear all costs associated with any downward adjustment by the Chinese government to the export tax refund rate or the cancellation of the export tax refund with respect to the Goods.
- Inspection: The certificate of Quality, Quantity/Weight issued by the China Entry-Exit Inspection and Quarantine Bureau or the Seller shall be taken as the basis of delivery.
- Discrepancy and Claim: In the case of any discrepancy with respect to the quality or quantity (weight) of the Goods is found by the Buyer, after the clearance of the Goods by United States Customs and Border Protection and any other applicable regulatory authorities at the Port of Destination, the Buyer may, within 30 days after such clearance, lodge with the Seller a claim which should be supported by an Inspection Certificate issued by a public surveyor mutually acceptable to the Buyer and the Seller. The Seller shall reply to the Buyer within 30 days after receipt of the claim. The Seller shall, on the merits of the claim, either make good the loss sustained by the Buyer or reject the Buyer's claim, with any disputes related to the foregoing to be resolved pursuant to the terms of "Dispute Resolution; Arbitration" below.
- Title to Goods; Risk of Loss: Title to, and risk of loss with respect to, the Goods passes to the Buyer upon the Buyer's acceptance of the Goods and the Seller will bear all risk of loss or damage with respect to the Goods until the Buyer's receipt and acceptance of such Goods in accordance with the terms hereof.
- Force Majeure: The Seller shall not be held responsible if it, owing to an event of force majeure, fails to make delivery within the time stipulated in this Supply Agreement or cannot deliver the Goods. However, in such a case, the Seller shall inform the Buyer immediately by cable or other form of electronic communication, including fax or email, and if it is requested by the Buyer, shall also deliver to the Buyer by registered letter, a certificate attesting the existence of such an event of force majeure.
- Dispute Resolution; Arbitration: All disputes in connection with this Supply Agreement or the execution thereof shall be settled amicably by negotiation. In case no settlement can be reached, the dispute shall be settled by arbitration administered by the American Arbitration Association in New York, New York in accordance with its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The fees for arbitration shall be borne by the losing party unless otherwise awarded.
- Governing Law: This Supply Agreement and all matters arising out of or relating to this Supply Agreement are governed by, and construed in accordance with, the laws of the State of New York, USA, without giving effect to any conflict of laws provisions thereof that would result in the application of the laws of a different jurisdiction.

Hefei Reachever Import And Export Limited Company
合肥锐畅进出口有限公司
Seller's signature

Buyer's signature