UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINA EXPORT AND CREDIT INSURANCE CORPORATION a/k/a SINOSURE, and HEFEI REACHEVER IMPORT AND EXPORT LTD., <br><br> *Petitioners*, <br><br> - against - <br><br> API INTERNATIONAL GROUP, LLC, <br><br> *Respondent*. | ECF CASE <br><br> No. 7:23-cv-5549 <br><br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Petitioners China Export and Credit Insurance Corporation a/k/a Sinosure ("Sinosure") and Hefei Reachever Import and Export Ltd. ("Hefei"), certifies that:

Sinosure is a state-owned Chinese export credit insurance corporation established under the laws of the People's Republic of China and its shareholders are Central Huijin Investment Ltd., an entity wholly owned by the People's Republic of China, and the Ministry of Finance of the People's Republic of China; and

Hefei is a corporation organized and existing under the laws of the People's Republic of China and no other public or private entity owns 10% or more of Hefei.

Dated:  June 28, 2023

                                          Respectfully submitted,

                                          **MAZZOLA LINDSTROM LLP**

                                          By: _____
                                               Aimée Scala
                                          1350 Avenue of the Americas, 2nd Floor
                                          New York, NY 10019

2

*Attorneys for Petitioners China Export and Credit Insurance Corporation a/k/a Sinosure and Hefei Reachever Import and Export Ltd.*

2

4890-5865-8408, v. 4