UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

CHINA EXPORT AND CREDIT INSURANCE
CORPORATION a/k/a SINOSURE, and HEFEI REACHEVER
IMPORT AND EXPORT LTD.,

                              Petitioners,                **NOTICE OF APPEARANCE**

                          -against-                               **23-cv-05549 (NSR)**

API INTERNATIONAL GROUP, LLC,

                              Respondent.

-----------------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that Christopher B. Pavlacka an attorney at the firm of Feerick Nugent MacCartney, PLLC, hereby enters his appearance as counsel for and on behalf of the Respondent, API INTERNATIONAL GROUP, LLC, in the above-captioned action, and respectfully requests that a copy of all papers in this action be served electronically by e-filing upon the undersigned as attorney to be noticed.

      I certify that I am admitted to practice in this Court.

Dated: August 11, 2023
       South Nyack, New York

                                                  FEERICK NUGENT MACCARTNEY, PLLC

                                                  **/s/ Christopher B. Pavlacka**
                                                  Christopher B. Pavlacka
                                                 96 South Broadway
                                                 South Nyack, New York 10960
                                                 Tel.: (845) 353-2000
                                                 *Attorneys for Respondent*

To: All Counsel (via ECF)