UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINA EXPORT AND CREDIT INSURANCE CORPORATION a/k/a SINOSURE, and HEFEI REACHEVER IMPORT AND EXPORT LTD., | ECF CASE<br><br>No. 7:23-cv-05549 |
| *Petitioners*, | |
| - against - | **[PROPOSED] ORDER TO SHOW CAUSE IN SUPPORT OF DEFAULT JUDGMENT AND DAMAGES** |
| API INTERNATIONAL GROUP, LLC, | |
| *Respondent*. | |

Upon the annexed declaration of Aimée Scala, dated January 10, 2024 and all the exhibits annexed thereto, as well as the Petition filed in this action on June 28, 2023 and the Certificate of Default filed in this action on September 8, 2023,

And further upon the Proposed Default Judgment attached hereto as **Exhibit A** to this Order, it is

ORDERED that Respondent API International Group, LLC ("Respondent"), show cause before the Honorable Nelson Roman, in Courtroom 218, at the United States District Court for the Southern District of New York, at the Courthouse located at 300 Quarropas Street, White Plains, NY 10601, on _____ at _____, or as soon thereafter as counsel may be heard, why the Proposed Default Judgment attached as **Exhibit A** should not be entered against Respondent pursuant to FED. R. CIV. P. 55(b)(2) for failure to answer or otherwise move with respect to the Petition and in favor of Petitioners China Export and Credit Insurance Corporation a/k/a Sinosure and Hefei Reachever Import and Export Ltd. ("Petitioners").

It is further ORDERED that a copy of this Order, together with the supporting papers on which it is based, be served upon Respondent API International Group, LLC on or before

1

2

_____ via certified mail, return receipt requested, to the Secretary of State as agent

for Respondent API International Group, LLC, One Commerce Plaza, 99 Washington Avenue,

Albany, NY 12231, and that such service be deemed good and sufficient on Respondent API

International Group, LLC and file proof of service thereafter.

Dated: _____, 2024
          White Plains, New York

_____
The Honorable Nelson Román
United States District Judge

2